IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00671-BNB

MICAH JAMES BLACKFEATHER,

    Petitioner,

v.

BOULDER COUNTY JUSTICE CENTER,

    Respondent.

## ORDER OF DISMISSAL

    Petitioner, Micah James Blackfeather, is an inmate at the Boulder County Jail in Boulder, Colorado.  Mr. Blackfeather initiated this action by filing *pro se* in the United States District Court for the Northern District of Texas a Petition for a Writ of Habeas Corpus by a Person in State Custody (ECF No. 3) challenging his pretrial detention and an Application to Proceed In Forma Pauperis (ECF No. 4).  On March 4, 2014, the Northern District of Texas entered an order transferring the action to the District of Colorado.  (*See* ECF No. 1.)  Also on March 4, 2014, Magistrate Judge Boyd N. Boland entered an order directing Mr. Blackfeather to cure certain deficiencies if he wished to pursue his claims in this action.  Specifically, Magistrate Judge Boland directed Mr. Blackfeather to file on the court-approved forms an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and to submit a certificate showing the current balance in his inmate account in support of the 28 U.S.C.

§ 1915 motion.  Mr. Blackfeather was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On March 17, 2014, Mr. Blackfeather filed a document titled Application for Writ of Habeas Corpus Ad Prosequendum (ECF No. 6) seeking final disposition of an untried information or complaint and a motion (ECF No. 7) seeking an extraordinary writ.  On March 24, 2014, Mr. Blackfeather filed a second document titled Application for Writ of Habeas Corpus Ad Prosequendum (ECF No. 8) seeking final disposition of an untried information or complaint, a Consent to Proceed Before a United States Magistrate Judge (ECF No. 9), and a letter (ECF No. 10) requesting dismissal of charges and other relief pertinent to his pending state court criminal case.

Mr. Blackfeather has failed to cure the deficiencies because he has failed to file on the proper forms an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 that identifies the claims he intends to pursue in this action and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.  Mr. Blackfeather also has failed to submit a certificate showing the current balance in his inmate account.  Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Petitioner files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App.

P. 24.  Accordingly, it is

ORDERED that the Petition for a Writ of Habeas Corpus by a Person in State Custody (ECF No. 3) is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Blackfeather failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.  It is

FURTHER ORDERED that the pending motions are denied as moot.

DATED at Denver, Colorado, this  11th  day of   April  , 2014.

BY THE COURT:

 s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court